United States District Court

Southern District of California

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>RAFAEL ADOLFO ESPINOSA<br><br>            Defendant. | Case No. 25-cr-2924-LL<br><br>**Judgment and Order Granting United States' Motion to Dismiss Information Without Prejudice**<br><br>The Honorable Linda Lopez |

Upon the motion of the United States, and good cause having been shown,

IT IS ORDERED that the Information against Defendant in this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____August 28___, 2025.

_____
The Honorable Linda Lopez
United States District Judge